AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

MAY 1 6 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRYANT, Adrian | ) | Case No. C-18-933M |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 16, 2018 to Present__ in the county of __Nueces__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 2250 | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_Complainant's signature_

Robin J Richards  DUSM
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 16, 2018

_Judge's signature_

City and state: Corpus Christi, Texas

*Printed name and title*

ATTACHMENT "A"

**STATEMENT OF FACTS**

I, Robin J. Richards, Deputy United States Marshal, hereby depose and say: I am a Criminal Investigator / Deputy United States Marshal assigned to the Corpus Christi, Gulf Coast Violent Offender and Fugitive Task Force. I have been with the United States Marshals Service over thirteen years. My responsibility is to investigate crimes involving individuals who are convicted sex offenders and that have failed to register as required by Title 18 United States Code 2250; also known as the Adam Walsh Child Protection and Safety Act of 2006.

1. On May 10, 2018, Deputy Robin Richards opened an investigation on BRYANT.

2. BRYANT is a registered sex offender in the state of Arkansas and his last known address is in Arkansas.

3. On July 15, 2015, BRYANT was charged with one count of Sexual Assault in the 4th Degree (ACA Section 5-14-127). According to the North Little Rock Police Department arrest report (#2015061332) BRYANT, who at the time was 20 years old, did engage in sexual intercourse several times with a 15 year old female.

4. Court records show that on March 2, 2017, BRYANT plead guilty to one count of Sexual Assault in the 4th Degree.

5. On December 11, 2017, court records show that BRYANT was sentenced to 5 years of Probation. Included in the sentencing order is a special condition that states the defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration form.

6. On January 3, 2018, records show that BRYANT registers as a sex offender with the North Little Rock Police Department. BRYANT signs the forms acknowledging that he understands the conditions he must abide by as a registered sex offender. Included as a condition, it states that if the offender moves to another state or lives in Arkansas and works in another state, the offender must register in that state no later than 3 business days after the offender establishes residency or employment in the new state. Additionally, another condition states that pursuant to Title 18, U.S.C. Section 2250, if a sex offender fails to register or fails to report a change in residence, employment or student status, and travels in or moves across state the offender can be charged with a federal crime and punished by up to 10 years imprisonment.

7. On May 15, 2018, Deputy Richards interviews an informant. In the interview, she states that on February 16, 2018, she picked up BRYANT from the Corpus Christi Greyhound Bus Station with the understanding he had come from Arkansas and needed a place to stay. The informant lives in Corpus Christi, Texas. She further stated that he started working for a Jack in the Box restaurant located on Airline Road in Corpus Christi, Texas and still currently does. The informant explained that BRYANT lived with her until around May 8, 2018. She stated that BRYANT is currently living in the dorms on the campus of Texas A & M University of Corpus Christi with an unknown female student.

8. The Texas Department of Public Safety has determined that BRYANT'S conviction in the state of Arkansas for Sexual Assault in the 4th Degree (actor is over 19 years of age/victim is less than 16 years of age) is substantially similar to the Texas State offense of Sexual Assault of a Child [Texas Penal Code Section 22.011(a)(2)] and requires a lifetime registry for sex offenders.

9. Deputy Richards checked with the Corpus Christi Police Department Sex Offender Registration Unit to see if BRYANT has registered as a sex offender with them. The search shows that there are no records to show BRYANT ever registering as a sex offender with the Corpus Christi Police Department.

10. Deputy Richards checked with the Texas Department of Public Safety to see if BRYANT has registered as a sex offender anywhere within the entire state of Texas. A search of records shows that BRYANT has never registered as a sex offender in the state of Texas.

11. BRYANT is a registered sex offender that is required to register for life in the state of Texas. BRYANT traveled from Arkansas to Texas with the purpose of residing and working within Texas. Bryant signed the sex offender registration form in Arkansas with an understanding he was required to register as a sex offender within 3 days of establishing residency in another state. Bryant has been residing in Corpus Christi, Texas from February 16, 2018 to the present.

12. BRYANT is in violation of 18 U.S.C. 2250, Sex Offender and Crimes Against Children Registry, also known as the Adam Walsh Protection and Safety Act of 2006, for failure to register as a sex offender in the state of Texas, and having traveled from the state of Arkansas.



Robin J. Richards

United States Marshal Service

SUBSCRIBED AND SWORN TO BEFORE ME THIS 16 DAY OF May 2018.

Honorable Jason Libby

United States Magistrate Judge

Approved by Julie Hampton

Assistant United States Attorney

4